In the Matter of NIAJA A.W. ADMINISTRATION FOR CHILDREN'S SERVICES et al., Respondents; PAULETTE G., Appellant, et al., Respondent.

Submitted December 24, 2012; decided February 7, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

PARVIZ NOGHREY, Respondent-Appellant, v TOWN OF BROOKHAVEN et al., Appellants-Respondents.

Submitted November 26, 2012; decided February 7, 2013

Motion for reargument denied [*see* 19 NY3d 1023 (2012)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATURE G. FINCH, Appellant.

Submitted January 22, 2013; decided February 7, 2013

Motion for assignment of counsel granted and Philip Rothschild, Esq., Frank H. Hiscock Legal Aid Society, 351 South Warren Street, Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUNTHER J. FLINN, Appellant.

Submitted January 14, 2013; decided February 7, 2013

Motion for assignment of counsel granted and Martin P. McCarthy II, Esq., care of Muldoon & Getz, Esqs., 144 Exchange Boulevard, Suite 402, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.